JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS

JON GILBERT

## DEFENDANTS

TARGET CORPORATION, and Does 1-20, inclusive

**(b)** County of Residence of First Listed Plaintiff  SAN MATEO
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Donald L. Galine, Esq. (#083452), Law Offices of Donald L. Galine, 411 Borel Avenue, Ste. 500, San Mateo, CA  94402 (650) 345-8484 phone, (650) 345-9875 fax

Attorneys (If Known)

Gail C. Trabish, Esq. (#103482), Boornazian, Jensen & Garthe, 555 12th Street, Ste. 1800, P.O. Box 12925, Oakland, CA  94604-2925, (510) 834-4350 phone, (510) 839-1897 fax

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1  U.S. Government Plaintiff
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [ ] 2  U.S. Government Defendant
- [X] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff

(For Diversity Cases Only)                                    and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product | Med. Malpractice | [ ] 625 Drug Related Seizure | 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | Liability | [ ] 365 Personal Injury — | of Property 21 USC 881 | | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment | [ ] 320 Assault, Libel & | Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 460 Deportation |
| & Enforcement of Judgment | Slander | [ ] 368 Asbestos Personal | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 470 Racketeer Influenced and |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' | Injury Product | [ ] 650 Airline Regs. | [ ] 830 Patent | Corrupt Organizations |
| [ ] 152 Recovery of Defaulted | Liability | Liability | [ ] 660 Occupational | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| Student Loans | [ ] 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | [ ] 490 Cable/Sat TV |
| (Excl. Veterans) | [ ] 345 Marine Product | [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment | Liability | [ ] 371 Truth in Lending | | | [ ] 850 Securities/Commodities/ |
| of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle | Property Damage | [ ] 710 Fair Labor Standards | [ ] 861 HIA (1395ff) | [ ] 875 Customer Challenge |
| [ ] 190 Other Contract | Product Liability | [ ] 385 Property Damage | Act | [ ] 862 Black Lung (923) | 12 USC 3410 |
| [ ] 195 Contract Product Liability | [X] 360 Other Personal Injury | Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt.Reporting | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| | | | & Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | | [ ] 893 Environmental Matters |
| | | | [ ] 790 Other Labor Litigation | | [ ] 894 Energy Allocation Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate | [ ] 791 Empl. Ret. Inc. | | [ ] 895 Freedom of Information |
| [ ] 220 Foreclosure | [ ] 442 Employment | Sentence | Security Act | | Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | [ ] 900 Appeal of Fee |
| [ ] 240 Torts to Land | Accommodations | [ ] 530 General | | | Determination |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare | [ ] 535 Death Penalty | | [ ] 870 Taxes (U.S. Plaintiff | Under Equal Access |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - | [ ] 540 Mandamus & Other | | or Defendant) | to Justice |
| | Employment | [ ] 550 Civil Rights | **IMMIGRATION** | [ ] 871 IRS—Third Party | [ ] 950 Constitutionality of |
| | [ ] 446 Amer. w/Disabilities – | [ ] 555 Prison Condition | [ ] 462 Naturalization Application | 26 USC 7609 | State Statutes |
| | Other | | [ ] 463 Habeas Corpus – | | |
| | [ ] 440 Other Civil Rights | | Alien Detainee | | |
| | | | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 another district (specify)  Transferred from
- [ ] 6 Multidistrict Litigation
- [ ] 7 Judge from Magistrate Judgment  Appeal to District

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity):**
28 USC 1441(b) and 28 USC 1332

Brief description of cause:
Premises Liability

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

[X] SAN FRANCISCO/OAKLAND        [ ] SAN JOSE

DATE
March 13, 2008

SIGNATURE OF ATTORNEY OF RECORD

1  GAIL C. TRABISH, ESQ. (#103482)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  P. O. Box 12925
   Oakland, CA  94604-2925
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5
   Attorneys for Defendant
6  TARGET STORES, a division
   of Target Corporation, erroneously
7  sued herein as Target Corporation

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
11 JON GILBERT,                    )  Case No.:
                                   )
12          Plaintiff,             )
                                   )
13 vs.                             )  [San Mateo County Superior Court Case
                                   )  No.:  CIV 469587]
14 TARGET CORPORATION, and Does 1-20, )
   inclusive,                      )  **PETITION FOR REMOVAL OF**
                                   )  **ACTION PURSUANT TO 28 U.S.C.**
15                                 )  **§1441(b) [DIVERSITY]**
            Defendants.            )
16                                 )
   _____)  Complaint Filed:  January 25, 2008
17

18 TO THE CLERK OF THE ABOVE ENTITLED COURT:

19        PLEASE TAKE NOTICE that Defendant TARGET STORES, a division of Target

20 Corporation (hereinafter "Target"), erroneously sued herein as Target Corporation, hereby moves

21 to this Court the state court action described below.

22                    I.        **JURISDICTION**
23
24        1.      Defendant TARGET is informed and believes that plaintiff Jon Gilbert is a citizen

25 of the State of California, and was at the time of the filing of the complaint and this Petition for

26 Removal.

27        2.      Defendant TARGET is a Minnesota corporation, whose principal place of business

28 is in Roseville, Minnesota.

                                     -1-

3.    TARGET is a publicly held corporation whose Chairman and Chief Executive Officer is Bob Ulrich.

4.    Defendant TARGET is not a citizen of the state in which this action is pending.

5.    The matter in controversy exceeds the sum of $75,000, exclusive of interest, attorney's fees and costs.

6.    The Court has jurisdiction by virtue of 28 U.S.C. §1332 and 28 U.S.C. §1441(b).

## II.    GROUNDS FOR REMOVAL

7.    On January 25, 2008, a civil action was commenced in the Santa Mateo County Superior Court, Unlimited Jurisdiction, of the State of California, entitled *Jon Gilbert v. Target Corporation, and Does 1-20, inclusive*, Action No. CIV 469587.    In said complaint, plaintiff alleges damages arising out of a slip and fall incident outside the Target store in San Mateo, California.    A true and correct copy of the summons and complaint is attached hereto and marked as **Exhibit A.**

8.    Defendant TARGET was served with a copy of said Complaint on February 14, 2008.    A true and correct copy of the Proof of Service is attached hereto and marked as **Exhibit B**.

9.    Defendant TARGET is concurrently filing its answer to plaintiff's complaint herewith.

10.    This Court has original jurisdiction of this action pursuant to 28 U.S.C. §1332, and the complaint is one which may be removed to this Court by Defendant TARGET pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

PETITION FOR REMOVAL – [Santa Mateo County Sup. Ct. Case No.: CIV 469587]

1        Based on the foregoing, Defendant TARGET respectfully requests that this Court accept

2    removal of this action.

3
    DATED: March 13, 2008          BOORNAZIAN, JENSEN & GARTHE

4                                          A Professional Corporation

5
                                    By: _____

6                                            GAIL C. TRABISH, ESQ.

7                                          Attorneys for Defendant
                                      TARGET STORES, a division of

8                                          Target Corporation, erroneously sued
                                      herein as Target Corporation

9    GCT01\427976

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION FOR REMOVAL – [Santa Mateo County Sup. Ct. Case No.: CIV 469587]

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

NOTICE TO DEFENDANT:
*(AVISO AL DEMANDADO):*
TARGET CORPORATION, AND DOES 1 TO 50.

YOU ARE BEING SUED BY PLAINTIFF:
*(LO ESTA DEMANDANDO EL DEMANDANTE):*
JOH GILBERT

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**ENDORSED FILED**
SAN MATEO COUNTY

JAN 2 5 2008

Clerk of the Superior Court
By ___R. Montgomery___
~~DEPUTY CLERK~~

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DIAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
San Mateo County Superior Court

400 County Center
Redwood City, CA  94063

| CASE NUMBER | |
| --- | --- |
| *(Número del Caso)*: | **CIV 4 6 9 5 8 7** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
DONALD L. GALINE
411 Borel Avenue, Suite 600
650-345-8484

Law Offices of Donald L. Galine
San Mateo, CA  94402

**MONTGOMERY**

| DATE: | | Clerk, by | , Deputy |
| --- | --- | --- | --- |
| *(Fecha)* **JAN 2 5 2008** | **JOHN C. FITTON** | *(Secretario)* | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☒ on behalf of *(specify)*: Target Corporation
   under: ☒ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*

Page 1 of 1

SUMMONS

Code of Civil Procedure §§ 412.20, 465



EXHIBIT A

_FOR COURT USE ONLY_

ATTORNEY...

...Law Office...

...San Mateo, CA 94402

TELEPHONE NO... FAX NO...

E-MAIL ADDRESS...

ATTORNEY FOR (Name): Plaintiff, JON GILBERT

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ...

STREET ADDRESS: ...

MAILING ADDRESS: ...

CITY AND ZIP CODE: Redwood City, CA ...

BRANCH NAME:

PLAINTIFF: JON GILBERT

DEFENDANT: TARGET CORPORATION, AND

[X] DOES 1 TO 20

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

[ ] AMENDED *(Number)*:

Type *(check all that apply)*:

[ ] MOTOR VEHICLE    [X] OTHER *(specify)*: ...

[ ] Property Damage    [ ] Wrongful Death GENERAL NEGLIGENCE

[ ] Personal Injury    [ ] Other Damages *(specify)*:

Jurisdiction *(check all that apply)*:

[ ] ACTION IS A LIMITED CIVIL CASE

Amount demanded    [ ] does not exceed $10,000

[ ] exceeds $10,000, but does not exceed $25,000

[ ] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)

[ ] ACTION IS RECLASSIFIED by this amended complaint

[ ] from limited to unlimited

[ ] from unlimited to limited

ENDORSED FILED
SAN MATEO COUNTY

JAN 2 5 2008

Clerk of the Superior Court
By ___ R. Montgomery
DEPUTY CLERK

CASE NUMBER

**CIV 4 6 9 5 8 7**

1.  Plaintiff *(name or names)*: JON GILBERT

    alleges causes of action against defendant *(name or names)*: TARGET CORPORATION, AND DOES 1 TO 20.

2.  This pleading, including attachments and exhibits, consists of the following number of pages:

3.  Each plaintiff named above is a competent adult

    a.  [ ] except plaintiff *(name)*:
        (1) [ ] a corporation qualified to do business in California
        (2) [ ] an unincorporated entity *(describe)*:
        (3) [ ] a public entity *(describe)*:
        (4) [ ] a minor    [ ] an adult
            (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
            (b) [ ] other *(specify)*:
        (5) [ ] other *(specify)*:

    b.  [ ] except plaintiff *(name)*:
        (1) [ ] a corporation qualified to do business in California
        (2) [ ] an unincorporated entity *(describe)*:
        (3) [ ] a public entity *(describe)*:
        (4) [ ] a minor    [ ] an adult
            (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
            (b) [ ] other *(specify)*:
        (5) [ ] other *(specify)*:

    [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
... EssentialForms

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure § 425.12
www.courtinfo.ca.gov

SHORT TITLE
GILBERT V. TARGET CORPORATION

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☒ except defendant (name):            c. ☐ except defendant (name):
       TARGET CORPORATION

       (1) ☐ a business organization, form unknown        (1) ☐ a business organization, form unknown
       (2) ☒ a corporation                                (2) ☐ a corporation
       (3) ☐ an unincorporated entity (describe):         (3) ☐ an unincorporated entity (describe):

       (4) ☐ a public entity (describe):                  (4) ☐ a public entity (describe):

       (5) ☐ other (specify):                             (5) ☐ other (specify):


   b. ☐ except defendant (name):            d. ☐ except defendant (name):

       (1) ☐ a business organization, form unknown        (1) ☐ a business organization, form unknown
       (2) ☐ a corporation                                (2) ☐ a corporation
       (3) ☐ an unincorporated entity (describe):         (3) ☐ an unincorporated entity (describe):

       (4) ☐ a public entity (describe):                  (4) ☐ a public entity (describe):

       (5) ☐ other (specify):                             (5) ☐ other (specify):


   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1 TO 20        were the agents or employees of other
       named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 1 TO 20        are persons whose capacities are unknown to
       plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):



8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):



9. ☒ Plaintiff is required to comply with a claims statute, and
   a. ☒ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

COMPLAINT-Personal Injury, Property
Damage, Wrongful Death

ESSENTIAL FORMS

10  The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached)
    a  ☐  Motor Vehicle
    b  ☒  General Negligence
    c  ☐  Intentional Tort
    d  ☐  Products Liability
    e  ☒  Premises Liability
    f  ☐  Other (specify):

11  Plaintiff has suffered
    a  ☒  wage loss
    b  ☐  loss of use of property
    c  ☒  hospital and medical expenses
    d  ☒  general damage
    e  ☐  property damage
    f  ☒  loss of earning capacity
    g  ☐  other damage (specify):

12  ☐  The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a  ☐  listed in Attachment 12
    b  ☐  as follows:

13  The relief sought in this complaint is within the jurisdiction of this court.

14  Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a  (1) ☒  compensatory damages
       (2) ☐  punitive damages
       The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
       (1) ☒  according to proof
       (2) ☐  in the amount of: $

15  ☐  The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: JANUARY

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

COMPLAINT-Personal Injury, Property
Damage, Wrongful Death

Page 3 of 3

SHORT TITLE

GILBERT v. TARGET CORPORATION

CAUSE OF ACTION - Premises Liability                    Page ___

PLAINTIFF _____
                (number)

ATTACHMENT TO ☒ Complaint    ☐ Cross-Complaint
(Use a separate cause of action form for each cause of action.)

Prem.L-1  Plaintiff (name) JON GILBERT
          alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
          On (date) JULY 18, 2005                    plaintiff was injured on the following premises in the following

          fashion (description of premises and circumstances of injury)
          PLAINTIFF, JON GILBERT, A BUSINESS INVITEE IN THE TARGET STORE LOCATED AT
          2220 BRIDGEPOINTE PARKWAY, SAN MATEO, CA 94044, SLIPPED AND FELL ON A WET
          SUBSTANCE ON THE FLOOR AREA NEAR THE CASH REGISTER EXITS.  THERE WERE NO
          WARNING SIGNS, CONES OR OTHER POSTED INDICATION THAT THE FLOOR WAS WET.
          FOLLOWING THE INCIDENT, A FEMALE TARGET EMPLOYEE INFORMED PLAINTIFF THAT SHE
          WAS AWARE OF THE WET SUBSTANCE ON THE FLOOR PRIOR TO HIS FALL BUT HAD NOT
          PLACED ANY SIGNS IN THE AREA TO WARN NOR ATTEMPT TO CLEAN THE SUBSTANCE OFF
          THE FLOOR PRIOR TO THE FALL.

Prem.L-2.  ☒ Count One-Negligence The defendants who negligently owned, maintained, managed and operated
             the described premises were (names):
             TARGET CORPORATION

             ☒ Does _____ to _____

Prem.L-3.  ☐ Count Two-Willful Failure to Warn [Civil Code section 846] The defendant owners who willfully or
             maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
             (names):

             ☐ Does _____ to _____
             Plaintiff, a recreational user, was ☐ an invited guest ☐ a paying guest.

Prem.L-4   ☐ Count Three-Dangerous Condition of Public Property The defendants who owned public property on
             which a dangerous condition existed were (names):

             ☐ Does _____ to _____
          a ☐ The defendant public entity had ☐ actual ☐ constructive notice of the existence of the
             dangerous condition in sufficient time prior to the injury to have corrected it.
          b ☐ The condition was created by employees of the defendant public entity.

Prem.L-5.  a ☐ Allegations about Other Defendants  The defendants who were the agents and employees of the other
             defendants and acted within the scope of the agency were (names):
             DOES 1

             ☒ Does _____ to _____
          b ☒ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
             ☐ described in attachment Prem.L-5.b   ☒ as follows (names):
             DOES 2 THRU

CAUSE OF ACTION - Premises Liability

SHORT TITLE

GILBERT v. TARGET CORPORATION

CAUSE OF ACTION- General Negligence          Page 5

(number)

ATTACHMENT TO ☐ Complaint    ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1  Plaintiff *(name)*: JON GILBERT

alleges that defendant *(name)*: TARGET CORPORATION

☒ Does ___1___ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*: JUNE 20, 2006

at *(place)*: TARGET STORE, 2220 BRIDGEPOINTE PARKWAY, SAN MATEO, CA 94404

*(description of reasons for liability)*

PLAINTIFF, JON GILBERT, A BUSINESS INVITEE TO THE TARGET STORE LOCATED AT 2220 BRIDGEPOINTE PARKWAY, SAN MATEO, CA 94044, SLIPPED AND FELL ON A WET SUBSTANCE ON THE FLOOR AREA NEAR THE CASH REGISTER EXITS. THERE WERE NO WARNING SIGNS, CONES OR OTHER POSTED INDICATION THAT THE FLOOR WAS WET. FOLLOWING THE INCIDENT, A FEMALE TARGET EMPLOYEE INFORMED PLAINTIFF THAT SHE WAS AWARE OF THE WET SUBSTANCE ON THE FLOOR PRIOR TO HIS FALL BUT HAD NOT PLACED ANY SIGNS IN THE AREA OR MADE ANY EFFORT TO CLEAN THE SUBSTANCE OFF THE FLOOR PRIOR TO THE FALL.

DEFENDANT, BY AND THROUGH THE ACTIONS OF ITS' EMPLOYEES, HAD KNOWLEDGE OF THE DANGEROUS AND WET CONDITION OF THE FLOOR AREA WHERE PLAINTIFF FELL, PRIOR TO THE TIME WHEN PLAINTIFF FELL AND FAILED TO TAKE ADEQUATE PRECAUTIONS TO WARN INVITEES, INCLUDING PLAINTIFF, OF THE DANGEROUS CONDITION OF THE FLOOR AND FURTHER FAILED TO PROMPTLY CLEAN THE AREA OF THE WET AND DANGEROUS CONDITION DESPITE HAVING KNOWLEDGE OF THE CONDITION.

Page 1 of 1

CAUSE OF ACTION- General Negligence

CT CORPORATION
A Wolters Kluwer Company

**Service of Process Transmittal**
02/13/2008
CT Log Number 513083260

|||||||||||||||||||||||||||||||||||||||||||||||||||||

TO:    Carter Leuty
       Target Corporation
       1000 Nicollet Mall
       Minneapolis, MN 55403-

RE:    Process Served in California

FOR:   Target Corporation (Domestic State: MN)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| TITLE OF ACTION: | Jon Gilbert, Pltf. vs. Target Corporation, et al., Dfts |
| DOCUMENT(S) SERVED: | Summons, Complaint, Notice of Case Management Conference, Statement Form, Information Sheet, Stipulation and Order Form, Attachment(s), Request for Courtcall Telephonic Appearance Form, Statement of Damages, Cover Sheet |
| COURT/AGENCY: | San Mateo County-Redwood City, Superior Court, CA<br>Case # CIV469587 |
| NATURE OF ACTION: | Personal Injury - Slip/Trip and Fall - On June 26, 2006 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Los Angeles, CA |
| DATE AND HOUR OF SERVICE: | By Process Server on 02/12/2008 at 15:05 |
| APPEARANCE OR ANSWER DUE: | Within 30 days after service - file written response + 6/6/08 at 9:00 a.m. - Case Management Conference |
| ATTORNEY(S) / SENDER(S): | Donald L. Galine<br>Law Offices of Donald L. Galine<br>411 Borel Avenue<br>Suite 500<br>San Mateo, CA 94402<br>650-345-8484 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex Standard Overnight , 790938529400 |
| SIGNED: | C T Corporation System |
| PER: | Nancy Flores |
| ADDRESS: | 818 West Seventh Street<br>Los Angeles, CA 90017 |
| TELEPHONE: | 213-337-4615 |

2/14/08    12:30
FEDEX
2/14/08    12:30
SEIX, WICK        D. ROYAL

Page 1 of 1 / VI

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EXHIBIT B

03/04/2008

<u>CERTIFICATE OF SERVICE</u>
<u>(28 U.S.C. §1746)</u>

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **PETITION FOR REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(b) [DIVERSITY]; CIVIL CASE COVER SHEET**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Donald L. Galine, Esq.                    **Attorneys for Plaintiff**
Law Offices of Donald L. Galine
411 Borel Avenue, Ste. 500
San Mateo, CA  94402
(650) 345-8484  Phone
(650) 345-9875  Fax

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on March 13 , 2008.

_____
Alexine L. Braun

GCT01\427976

-4-

PETITION FOR REMOVAL – [Santa Mateo County Sup. Ct. Case No.: CIV 469587]