```
GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA  94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON GILBERT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, and Does 1-20, inclusive,<br><br>　　　　Defendants. | Case No.: C-08-01438 JL<br><br>**CERTIFICATE OF SERVICE OF ORDER SETTING INIITAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES AND OTHER INITIATING DOCUMENTS**<br><br>Complaint Filed: January 25, 2008 |

## CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

　　I am employed in the County of Alameda, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

　　I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service.  On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the:

　　1.　　**Order Setting Initial Case Management Conference and ADR Deadlines;**

　　2.　　**ECF Registration Information Handout;**

　　3.　　**Notice of Assignment of Case to a United States Magistrate Judge for Trial;**

-1-

4. **Welcome to the U.S. District Court Handout;**

5. **Dispute Resolution Procedures in the Northern District of California**

addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Donald L. Galine, Esq.　　　　　　　　　**Attorneys for Plaintiff**
Law Offices of Donald L. Galine
411 Borel Avenue, Ste. 500
San Mateo, CA  94402
(650) 345-8484  Phone
(650) 345-9875  Fax

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on March 18, 2008.

_____
Alexine L. Braun

25333\428368

---

-2-

CERTIFICATE OF SERVICE – Case No.: C-08-01438 JL