GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON GILBERT,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, and Does 1-20, inclusive,<br><br>    Defendants. | Case No.: C-08-01438 JL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING REMAND TO STATE COURT**<br><br>Complaint Filed: January 25, 2008 |

The parties, through their respective attorneys of record, stipulate as follows:

1.  Jon Gilbert caused to be filed in San Mateo County Superior Court on January 25, 2008 a lawsuit against Target Corporation and Does 1-20 as the result of an accident which plaintiff alleges occurred at the Target store located in San Mateo. As Target Stores, a division of Target Corporation, is a Minnesota corporation, and plaintiff was a citizen of the State of California, defendant petitioned the court for removal of this matter to federal court based on diversity of citizenship and based on the damages that plaintiff sought.

2.  On January 23, 2008, Cypress Insurance Company filed a lawsuit against Target Corporation in the Superior Court of the County of San Francisco. In said action, Cypress Insurance Company seeks to recover worker's compensation benefits paid to Jon Gilbert as a result of the incident which allegedly occurred at the San Mateo Target store on June 27, 2006.

3.  Subsequent to the removal of the *Gilbert v. Target Corporation* matter to federal court, counsel for Target learned that Cypress Insurance Company is incorporated in the State of California with its principal place of business in California. The parties have agreed to transfer the *Cypress* action from San Francisco County Superior Court to San Mateo County Superior Court and consolidate it with the *Gilbert* action once a remand to San Mateo County Superior Court is approved and completed. As diversity would be defeated by Cypress Insurance Company, defendant requests that this action be remanded to San Mateo Superior Court where venue would be proper for further litigation of said case and consolidation with the matter of *Cypress v. Target Stores, Inc., et al.*

DATED: 3/31/ , 2008

LAW OFFICES OF DONALD L. GALINE

By: _____
DONALD L GALINE, ESQ.
Attorneys for Plaintiff
JON GILBERT

DATED: 4/1/08 , 2008

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET STORES, a division of

## ORDER

IT IS SO ORDERED that the above captioned matter, *Jon Gilbert v. Target Corporation, et al.* be remanded to San Mateo County Superior Court.

DATED:

_____
UNITED STATES MAGISTRATE JUDGE
JAMES LARSON

25333\429108

-2-

STIP. AND [PROPOSED] ORDER REGARDNIG REMAND TO STATE COURT – Case No.: C-08-01438 JL

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **STIPULATION AND [PROPOSED] ORDER REGARDING REMAND TO STATE COURT** addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| Donald L. Galine, Esq.<br>Law Offices of Donald L. Galine<br>411 Borel Avenue, Ste. 500<br>San Mateo, CA 94402<br>(650) 345-8484 Phone<br>(650) 345-9875 Fax | **Attorneys for Plaintiff** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on April __1__, 2008.

_____
Alexine L. Braun

25333\429108