UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 9, 2008

Superior Court of California
County of San Mateo
Hall of Justice & Records
400 County Center
Redwood City, CA 94063

RECEIVED
APR 1 7 2008
CLERK OF THE SUPERIOR COURT
SAN MATEO COUNTY

RE: CV 08-01438 JL   JOHN GILBERT-v-TARGET CORP.
      Your Case Number: (469587)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X)   Certified copies of docket entries

(X)   Certified copies of Remand Order

( )   Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Gloria Acevedo
Case Systems Administrator
To Chief Magistrate Judge James Larson

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg